Mary McNamara, SBN 147131
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for I CHING CHU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>I CHING CHU,<br><br>　　　　　Defendant. | Case No. 06-0428 SI<br><br>**ORDER MODIFYING CONDITIONS OF RELEASE** |

　　　On good cause shown, the Court hereby ORDERS the following modifications to the conditions of release for Defendant I CHING CHU:

　　　1)　The Defendant shall submit to drug testing as directed by Pretrial Services.

　　　2)　The Defendant shall submit to mental health and/or substance abuse counseling as directed by Pretrial Services.

　　　3)　The Defendant shall be permitted to have contact with co-defendant Jeffrey Randall Joe, outside the presence of counsel, for the purpose of facilitating his search for verifiable employment. Mr. Joe is permitted to assist Mr. Chu by driving him to employment-related appointments. Mr. Chu shall notify pretrial services when he and Mr. Joe have such contact.

/ / /

/ / /

/ / /

Dated: 7/12/06

_____
Hon. Nandor Vadas,
United States Magistrate Judge

Approved as to form:

/s/
_____
Mary McNamara
SWANSON, McNAMARA & HALLER LLP
Attorneys for I CHING CHU

/s/
_____
Barbara Silano
Assistant United States Attorney
United States Attorney's Office, Northern District of California

**ORDER MODIFYING CONDITIONS OF RELEASE**
*People v. Chu*, Case No. 06-0428 SI            2