1 | Mary McNamara, SBN 147131
  | SWANSON, McNAMARA & HALLER LLP
2 | 300 Montgomery Street, Suite 1100
  | San Francisco, California 94104
3 | Telephone: (415) 477-3800
  | Facsimile: (415) 477-9010
4 |
  | Attorneys for I CHING CHU
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 06-0428 SI |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER WAIVING DEFENDANT'S PRESENCE** |
| vs. | |
| I CHING CHU, | Date: October 20, 2006<br>Time: 11:00 a.m.<br>Court: Hon. Susan Illston |
| Defendant. | |

Defendant I CHING CHU is scheduled to appear before this Court on Friday, October 20, 2006 at 11:00 a.m. for status and to set dates. Mr. Chu, by and through Mary McNamara, hereby requests that the defendant's presence be waived at the appearance on October 20. The reason for this request is that is it very difficult for Mr. Chu to leave work on Thursdays and Fridays. Mr. Chu is an accountant at Vine Solutions, Inc., and must meet weekly deadlines on Thursdays and Fridays to prepare statements of all accounts receivable and payable. Counsel for Mr. Chu submits that his presence is not necessary to set dates in this matter.

///

///

///

1     Assistant United States Attorney Andrew Scoble has no objection to this request.

3     IT IS SO STIPULATED.

5     Dated: October 16, 2006

*Mary McNamara*
SWANSON, McNAMARA & HALLER LLP
Attorneys for I CHING CHU

8     Dated: 10/16/2006

Andrew Scoble
Assistant United States Attorney

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

*Susan Illston*
Hon. Susan Illston
United States District Court Judge

Case 3:06-cr-00428-SI   Document 72   Filed 10/16/2006   Page 2 of 2

STIP. AND [PROPOSED] ORDER WAIVING DEF.'S PRESENCE
U.S. v. Chu, Case No. 06-0428 SI

2