Mary McNamara, SBN 147131
SWANSON McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for I CHING CHU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>　vs.<br>I CHING CHU, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. CR 06-0428 SI<br><br>**STIPULATION AND [PROPOSED] ORDER WAIVING DEFENDANT'S APPEARANCE**<br><br>Date:　December 15, 2006<br>Time:　11:00 a.m.<br>Court:　Hon. Susan Illston |

**STIPULATION**

Defendant I Ching Chu, by and through Mary McNamara, and the United States, by and through Assistant United States Attorney Andrew Scoble, hereby stipulate and agree as follows:

1.　The parties are scheduled to appear before this Court on December 15, 2006 for a motions hearing and for a status and scheduling conference in the above-referenced matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2. Mr. Chu is currently on probationary status at his job and risks forfeiting permanent employee status if he misses more work days. For this reason, the parties agree that Mr. Chu's appearance at this hearing is not necessary and ask that his presence be waived.

IT IS SO STIPULATED.

Dated: December 13, 2006
/s/
MARY McNAMARA
Swanson, McNamara & Haller LLP
Attorneys for I CHING CHU

Dated: December 13, 2006
/s/
ANDREW SCOBLE
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:
Honorable Susan Illston
United States District Judge

2