Mary McNamara, SBN 147131
SWANSON McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for I CHING CHU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 06-0428 SI |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER WAIVING DEFENDANT'S APPEARANCE** |
| vs. | |
| I CHING CHU, *et al.*, | Date: February 2, 2007 |
| Defendants. | Time: 11:00 a.m. |
| | Court: Hon. Susan Illston |

**STIPULATION**

Defendant I Ching Chu, by and through Mary McNamara, and the United States, by and through Assistant United States Attorney Andrew Scoble, hereby stipulate and agree as follows:

1. The parties are scheduled to appear before this Court on February 2, 2007 for a status and scheduling conference in the above-referenced matter.

2. Mr. Chu is unable to leave work to attend this hearing, and the parties agree that his appearance is unnecessary. The parties therefore request that his presence be waived.

IT IS SO STIPULATED.

Dated: January 29, 2007
        /s/
MARY McNAMARA
Swanson, McNamara & Haller LLP
Attorneys for I CHING CHU

Dated: January 30, 2007
        /s/
ANDREW SCOBLE
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

*[Signature: Susan Illston]*

Honorable Susan Illston
United States District Judge

2