Mary McNamara, SBN 147131
SWANSON McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for I CHING CHU

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>  vs.<br><br>I CHING CHU, *et al.*,<br><br>                    Defendants. | Case No. CR 06-0428 SI<br><br>**STIPULATION AND [PROPOSED] ORDER WAIVING DEFENDANT'S APPEARANCE**<br><br>Date: April 6, 2007<br>Time: 11:00 a.m.<br>Court: Hon. Susan Illston |

## STIPULATION

Defendant I Ching Chu, by and through Mary McNamara, and the United States, by and through Assistant United States Attorney Andrew Scoble, hereby stipulate and agree as follows:

1. The parties are scheduled to appear before this Court on April 6, 2007 for a status and scheduling conference in the above-referenced matter.

2. Mr. Chu is unable to leave work to attend this hearing, and the parties agree that his appearance is unnecessary. The parties therefore request that his presence be waived.

IT IS SO STIPULATED.

Dated: March 28, 2007
                                                                         /s/
                                                 MARY McNAMARA
                                                 Swanson, McNamara & Haller LLP
                                                 Attorneys for I CHING CHU

Dated: March 28, 2007
                                                                         /s/
                                                 ANDREW SCOBLE
                                                 Assistant United States Attorney

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |

Dated: _____

Honorable Susan Illston
United States District Judge