SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ANDREW M. SCOBLE (CASBN 124940)
Assistant United States Attorney

    450 Golden Gate Ave.
    San Francisco, California 94102
    Telephone: (415) 436-7249
    Fax: (415) 436-6982
    E-Mail: andrew.scoble@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> I CHING CHU, and ) <br> JEFFREY RANDALL JOE, ) <br> ) <br>     Defendants. ) <br> _____ ) | No.: CR 06-0428 SI <br><br> [PROPOSED] ORDER REFERRING <br> CASES TO SETTLEMENT JUDGE <br> [N.D. Calif. Crim. LR 11-1] |

    The parties having jointly requested separate referral of these two cases to a settlement judge in advance of any such referral of other defendants, and for good cause appearing, THE COURT ORDERS THAT:

    1.    The cases of I Ching Chu and Jeffrey Randall Joe are referred for Voluntary Settlement Conference pursuant to Criminal Local Rule 11-1. The settlement conference should take place at the settlement judge's earliest convenience. It is the Court's expectation that the process be completed well in advance of the next calling of this case on September 7, 2007. The

ORDER REFERRING CASES
TO SETTLEMENT JUDGE
[CR 06-0428 SI]                1

referral shall be to United States Magistrate Judge Joseph C. Spero, if he is available to meet with the parties to begin the settlement conference process within the next 30 days. If Magistrate Judge Spero is unavailable during that time frame, the Court will direct the referral to Magistrate Judge Larson (if he is available) or to another settlement judge.

2. THE COURT FINDS THAT the period from the signing of this Order to the completion of the settlement conference process, as indicated by the settlement judge, should be excluded from the otherwise applicable Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) because failure to grant the continuance would unreasonably deny the defendants and the government continuity of counsel and would unreasonably deny counsel for the defendants and for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the period from the signing of this Order to the completion of the settlement conference process, as indicated by the settlement judge, will be excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

DATED: 7/3/07

_____
HON. SUSAN ILLSTON
United States District Judge

ORDER REFERRING CASES
TO SETTLEMENT JUDGE
[CR 06-0428 SI]                    2