Mary McNamara, SBN 147131
SWANSON McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for I CHING CHU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>   vs.<br>I CHING CHU,<br>JEFFREY RANDALL JOE, *et al.*,<br><br>                Defendants. | Case No. CR 06-0428 SI<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER CONTINUING COURT DATE** |

**STIPULATION**

Defendants I Ching Chu and Jeffrey Randall Joe, by and through their attorneys Mary McNamara and Mark Rosenbush, and the United States, by and through Assistant United States Attorney Andrew Scoble, hereby stipulate and agree as follows:

1) The parties are scheduled to appear before this Court on September 28, 2007 for a change of plea. The Court previously ordered pre-plea reports as to Mr. Chu and Mr. Randall Joe.

2) The parties have learned from the United States Probation Office that more time is needed to prepare verified criminal history reports as to each defendant. The United States Probation Office has also noted the difference between a "pre-plea report" (i.e., a full-blown Pre-Sentence Report) and a verification of criminal history (which is what the parties are requesting). The parties therefore agree to continue the date for change of plea for an additional three weeks.

3) The parties request that the Court vacate the court date on September 28 as to Mr. Chu

and Mr. Joe, order criminal history reports as to Mr. Chu and Mr. Joe, set the change of plea for October 19, 2007 at 11:00 a.m., and set a date approximately three months following entry of pleas for sentencing.

    4) The parties further agree that time should be excluded until the next calling of this case. Pursuant to 18 U.S.C. sections 3161(h)(8)(A) and (h)(8)(B)(iv), exclusion of this time is necessary to allow effective preparation of counsel, who are engaged in ongoing settlement discussions, which, should they ultimately fail to produce a settlement, will give way to the need to prepare for trial. The parties agree that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS SO STIPULATED.

Dated: September 6, 2007      /s/
MARY McNAMARA
Swanson, McNamara & Haller LLP
Attorneys for I CHING CHU

Dated: September 6, 2007      /s/
MARK ROSENBUSH
Attorney for JEFFREY RANDALL JOE

Dated: September 6, 2007      /s/
ANDREW SCOBLE
Assistant United States Attorney

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The United States Probation Office shall provide a criminal history verification as to each defendant as soon as possible. Time is excluded until the next calling of this case pursuant to 18 U.S.C. section 3161(h)(8)(A) and (h)(8)(B)(iv). The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated:

Honorable Susan Illston
United States District Judge