```
 1  Mary McNamara, SBN 147131
    SWANSON McNAMARA & HALLER LLP
 2  300 Montgomery Street, Suite 1100
    San Francisco, California 94104
 3  Telephone: (415) 477-3800
    Facsimile: (415) 477-9010
 4
    Attorneys for I CHING CHU
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>vs.<br>I CHING CHU,<br>JEFFREY RANDALL JOE, et al.,<br>　　　　　　　Defendants. | Case No. CR 06-0428 SI<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING |

### STIPULATION

Defendant I Ching Chu, by and through Mary McNamara, and the United States, by and through Assistant United States Attorney Andrew Scoble, hereby stipulate and agree as follows:

1) The parties are scheduled to appear before this Court on March 14, 2008 at 11:00 a.m. for sentencing in the above-referenced matter.

2) A new issue pertinent to Mr. Chu's sentencing has arisen since this appearance was scheduled. The parties require additional time to consider the ramifications of the new development.

///
///
///
///
///

3)   The parties therefore request that the Court continue the sentencing date to May 2, 2008 at 11:00 a.m. The United States Probation Office has indicated that it is available on May 2.

IT IS SO STIPULATED.

Dated: February 1, 2008

/s/
MARY McNAMARA
Swanson, McNamara & Haller LLP
Attorneys for I CHING CHU

Dated: 2/01/2008

ANDREW SCOBLE
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

Honorable Susan Illston
United States District Judge

STIP. AND [PROPOSED] ORDER CONTINUING SENTENCING
United States v. Chu, CR 06-0428 SI          2