Mary McNamara, SBN 147131
SWANSON McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for I CHING CHU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br>I CHING CHU,<br>　　　　　　　　　　Defendant. | Case No. CR 06-0428 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING COURT DATE**<br><br>Date: June 6, 2008<br>Time: 11:00 a.m.<br>Court: Hon. Susan Illston, Courtroom 10 |

**STIPULATION**

Defendant I Ching Chu, by and through Mary McNamara, and the United States, by and through Assistant United States Attorney Andrew Scoble, hereby stipulate and agree as follows:

1)　The parties are scheduled to appear before this Court on June 6, 2008 for withdrawal of Mr. Chu's plea and for entry of a plea to an alternate charge.

2)　The parties have been informed by United States Probation Officer Benjamin Flores that, despite a pre-plea report indicating otherwise, Mr. Chu is not eligible for the safety valve under U.S.S.G. § 5C1.2. Because eligibility for the safety valve is a condition of Mr. Chu's plea agreement, the parties agree that it is necessary for Mr. Chu to withdraw his plea in order for the parties to renegotiate.

3)　The government and the defense are in the process of negotiating the terms of a new plea agreement. The parties agree that additional time is required for this process and to obtain the necessary approvals from the United States Attorney's Office.

    4) The parties therefore request that the June 6 court date be continued to July 25, 2008 at 11:00 a.m. for withdrawal of plea and entry of new plea.

    5) The parties further agree that time should be excluded until July 25, 2008. Pursuant to 18 U.S.C. sections 3161(h)(8)(A) and (h)(8)(B)(iv), exclusion of this time is necessary to allow effective preparation of counsel, who are engaged in ongoing settlement discussions, which, should they ultimately fail to produce a settlement, will give way to the need to prepare for trial. The parties agree that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

    IT IS SO STIPULATED.

Dated: May 29, 2008

/s/
MARY McNAMARA
Swanson, McNamara & Haller LLP
Attorneys for I CHING CHU

Dated: May 29, 2008

/s/
ANDREW SCOBLE
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. Time is excluded until July 25, 2008 pursuant to 18 U.S.C. section 3161(h)(8)(A) and (h)(8)(B)(iv). The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated:

Honorable Susan Illston
United States District Judge